AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Alejandro VILLALOBOS-Torres<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   25-427 MJ<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 23 - November 3, 2022__ in the county of __Dona Ana__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1203(a) | - Conspiracy to take a hostage |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Alexandre Sevrain*
Complainant's signature

Alexandre Sevrain, Special Agent
Printed name and title

Sworn to before me via phone ~~and signed in my presence~~.

Date: 3/11/25

*Damian L Martinez*
Judge's signature

City and state: Las Cruces, NM         Damian L. Martinez, U.S. Magistrate Judge
Printed name and title

Affidavit

United States

v.

Alejandro VILLALOBOS-Torres, aka "Gabacho" or "Gavacho"

On February 20, 2025, I, Special Agent Alexandre Sevrain of Homeland Security Investigations (HSI) El Paso, participated in the immigration arrest of Alejandro VILLALOBOS-Torres. On March 11, 2025, an HSI task force officer and I arrested VILLALOBOS-Torres at the ICE Otero Processing Center and transferred him to Otero County Prison for criminal proceedings regarding a 2022 kidnapping case.

VILLALOBOS-Torres is the subject of a 2022 kidnapping investigation where HSI El Paso responded to two undocumented non-citizens (UNCs) held against their will by a smuggling organization. A search of a residence in that investigation resulted in the discovery of 2 undocumented males. Through interviews, it was found that the individuals were being held against their will.

Through several interviews of detained individuals, HSI El Paso learned that an individual by the name "Gavacho"/"Gabacho" worked with other co-conspirators to smuggle illegal aliens into the U.S. and detained two UNCs against their will in the aforementioned kidnapping. In addition, the UNCs were threatened with physical harm. While detained, one of the victim's family members was contacted to request additional money for the release of the victim. Through a photo line-up, "Gavacho"/"Gabacho" was identified as the individual smuggling UNCs into the U.S. and giving instructions during the hostage taking event. This individual was later identified as Alejandro VILLALOBOS-Torres.

Based on the foregoing, there is probable cause to believe that from approximately October 23, 2022 to November 3, 2022, Alejandro VILLALOBOS-Torres conspired to take hostages in violation of 18 U.S.C. § 1203(a).

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning the investigation.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

_____          _____
Damian L. Martinez, United States Magistrate Judge          Alexandre Sevrain, Special Agent